**FILED**
August 16, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NOAH DWAYNE NEVILL,

    Defendant.

Case No. 2:22-cr-00008-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __NOAH DWAYNE NEVILL__, Case No. __2:22-cr-00008-JAM__, Charge __21 USC § 846 and 841(B)(1)(A)(ii)(II)__, from custody for the following reasons:

__x__ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 16, 2024, at 11:00 AM.

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire