| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | NOAH NEVILL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:22-cr-00008-JAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DISPOSITIONAL HEARING; ORDER** |
| vs. | DATE: January 21, 2025 |
| NOAH DWAYNE NEVILL, | TIME:    9:30 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Michelle Beckwith, Acting United States Attorney, through Alex Cardenas, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Noah Nevill, that the sentencing hearing currently set for January 21, 2025, be continued to February 11, 2025, at 9:30 a.m.

All parties have confirmed their availability on the new proposed date and have no objection to the requested continuance.

////

////

////

////

|    |                         |                                      |
|----|-------------------------|--------------------------------------|
| 1  |                         | Respectfully submitted,              |
| 2  |                         | HEATHER E. WILLIAMS<br>Federal Defender |
| 3  | Date: January 14, 2025  | */s/ Noa E. Oren*                    |
| 4  |                         | NOA E. OREN<br>Assistant Federal Defender |
| 5  |                         | Attorney for Defendant               |
| 6  |                         | NOAH NEVILL                          |
| 7  |                         |                                      |
| 8  | Date: January 14, 2025  | MICHELLE BECKWITH<br>Acting United States Attorney |
| 9  |                         |                                      |
| 10 |                         | */s/ Alex Cardenas*<br>ALEX CARDENAS |
| 11 |                         | Assistant U.S. Attorneys<br>Attorneys for Plaintiff |

# ORDER

The 01/21/2025 Judgment and Sentencing on TSR Violation is hereby **CONTINUED** to **02/11/2025, at 9:00 a.m**.

**IT IS SO ORDERED.**

Dated: January 15, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE